# JOHNSON & LAWS, LLC

Attorneys at Law

648 Plank Road, Suite 204
Clifton Park, New York 12065
518.490.6428 phone
518.616.0676 fax

Gregg T. Johnson
Partner
518.490.6413 direct
gtj@johnsonlawsllc.com

**MEMO ENDORSED**

January 7, 2019

<u>VIA ECF</u>

Hon. Vincent L. Briccetti, USDJ
Hon. Charles L. Brieant Jr.
   Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    *Dale v. Suffern Central School District*
       Civil Case No.: 7:18-cv-04432-VB

> By 6/10/2019, the parties shall provide further update regarding settlement.
>
> SO ORDERED
> /s/ Vincent L. Briccetti
> 1/8/2019
>
> Hon. Vincent L. Briccetti
> United States District Judge

Dear Judge Briccetti:

    In accordance with your Honor's most recent scheduling Order (Dkt. No. 23), I write on behalf of both parties to update the Court regarding the status of settlement discussions and the mediation process. Counsel for each party have engaged in multiple phone conferences with the court-appointed mediator and the parties have completed a lengthy in-person mediation session. As of this writing, there has been no resolution of any claim and there are no active settlement negotiations.

    Thank you.

Respectfully yours,

JOHNSON & LAWS, LLC

Gregg T. Johnson
gtj@johnnsonlawsllc.com

GTJ/ek
cc:    Michael H. Sussman, Esq.