# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

November 15, 2019

## SCHEDULING NOTICE

The matter of <u>Dale, et al., v. Suffern Central School District</u>, 18-cv-4432 (LMS), has been scheduled for an in-person status conference before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **Wednesday, December 11, 2019, at 11:30 AM**, in Courtroom 520.

*Please note: counsel seeking to reschedule an appearance must have all parties on the line prior to contacting chambers.*

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.