UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

DALE, et al.,                                    :

       Plaintiffs,                          :

       -against-                              :      18 Civ. 4432

SUFFERN CENTRAL SCHOOL DISTRICT,                 :

       Defendant.                           :

---------------------------------------------------------------x

    IT IS HEREBY ORDERED that the document produced to counsel by the undersigned this date is for attorney's eyes only, and is not to be used for any purpose other than review by counsel until and unless the Court issues a further Order or counsel reach agreement on its use.

Dated: May 15, 2020
      White Plains, New York

**SO ORDERED**

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York