UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN DALE, et al.,

                Plaintiffs,

- against –            18 CV 4432 (LMS)

SUFFERN CENTRAL SCHOOL DISTRICT,       ORDER

                Defendant.

**THE HONORABLE LISA MARGARET SMITH, U.S.M.J.[1]**

    The Court is in receipt of documents submitted in this matter *in camera*. The hearing officer decision, which was included in the *in camera* submission, will be released to counsel for attorneys' eyes only subject to further discussion before its use for any purpose in this litigation. Counsel may make an *in camera* submission to the Court (copy to opposing counsel) with regard to the issue of whether the decision may be used in any part. Counsel may also consider entering into a stipulation on the issue. See transcript of the May 15, 2020, telephone conference. The Clerk is directed to send the hearing officer decision to counsel by email along with this Order.

    The Court concludes that no other documents are required to be produced to Plaintiff's counsel at this time. The Court will retain the *in camera* documents.

Dated: September 22, 2020
       White Plains, New York       **SO ORDERED,**

                                                    */s/ Lisa Margaret Smith*
                                         Lisa Margaret Smith
                                         United States Magistrate Judge
                                         Southern District of New York

---

[1] The parties consented to my jurisdiction pursuant to 28 U.S.C. § 636(c) on November 12, 2019. ECF No. 43.