UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Dale, et al.,

                    Plaintiffs,                **RESCHEDULING ORDER**

          -against-                    18 Civ. 4432 (AEK)

Suffern Central School District,

                    Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The telephonic status conference scheduled for Tuesday, January 26, 2021 at 10:00 a.m. before Magistrate Judge Krause is hereby rescheduled to **Friday, February 5, 2021 at 10:00 a.m.**

To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest.  Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: January 21, 2021
       White Plains, New York

                                            **SO ORDERED.**

                                            _____
                                            ANDREW E. KRAUSE
                                            United States Magistrate Judge