```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
```
Dale et al.,

                       Plaintiffs,                 **RESCHEDULING ORDER**

       -against-                                18 Civ. 4432 (AEK)

Suffern Central School District,

                       Defendant.
```
------------------------------------------------------------X
```

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The parties' joint application to reschedule the settlement conference (ECF No. 65) is GRANTED. The telephonic settlement conference in this matter is hereby rescheduled from Thursday, June 3, 2021, at 2:15 p.m. to **Tuesday, July 13, 2021 at 2:15 p.m.**

      No later than two (2) business days prior to the conference (*i.e.*, Friday, July 9), the parties must each submit a confidential, *ex parte* letter not to exceed five (5) pages in length. The letter must summarize (i) the history of settlement negotiations; (ii) the issues in the case; (iii) the party's settlement valuation of the case and the rationale(s) for it; and (iv) any other facts that would be helpful to the Court in preparation for the conference. Submissions should be emailed to KrauseNYSDChambers@nysd.uscourts.gov.

      Parties – not just the attorneys – must attend the settlement conference. Corporate or municipal parties must send a representative with decision-making authority to settle the matter; here, as discussed at the status conference on April 27, 2021, a representative from the School District who has the authority to negotiate, revise, and approve any non-monetary settlement language must participate in the settlement conference. Where liability insurance is involved, a

decision-making representative of the carrier must attend unless specifically excused by the Court.

    To access the teleconference, please follow these directions: (1) dial the meeting number: (877) 336-1831; (2) enter the access code: 2751700; and (3) press pound (#) to enter the teleconference as a guest. Should anyone experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: June 1, 2021
       White Plains, New York

                                          **SO ORDERED.**

                                          ANDREW E. KRAUSE
                                          United States Magistrate Judge