UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
DALE et al.,

              Plaintiffs,                          18-cv-4432 (AEK)

   -against-                                     **ORDER**

SUFFERN CENTRAL SCHOOL DISTRICT,

              Defendant.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In light of the status update regarding Ms. Klein's records and deposition, *see* ECF No. 69, the schedule for the remaining discovery in this case is as follows:

      1)  Defendant's expert report: on or before **December 30, 2021**

      2)  Deposition of Defendant's expert: on or before **January 21, 2022**

      The next status conference is scheduled for **Wednesday, January 26, 2022 at 9:30 a.m.**

The parties should be prepared to discuss the schedule for any summary judgment motions or for pretrial submissions.

Dated:  November 23, 2021
             White Plains, New York

                                      **SO ORDERED.**

                                      _____
                                      ANDREW E. KRAUSE
                                      United States Magistrate Judge